**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.B., A MINOR | : | No. 237 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.